

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
04/05/2010

| | | |
|---|---|---|
| In Re: Holly Jean Marucci | § | Case No. 04-35318 |
| | §§§§ | #61 |
| Debtor(s). | § | |

### Order for Payment of Unclaimed Funds

Upon the application of Citibank, N.A., seeking payment of $841.97 representing funds previously unclaimed by:

CITIBANK USA NA

4300 WESTOWN PARKWAY

WEST DES MOINES, IA 50266

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that Citibank, N.A. is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $841.97 to:

Citibank, N.A.
c/o Kathleen Allen, Recovery & Escheat Manager
3800 Citigroup Center Drive, Location G3-4
Tampa, FL 33610

Signed this 1st day of April, 2010.

_____
United States Bankruptcy Judge